February 27, 2009

Mr. Zeb D. Zbranek
Zbranek Firm, P.C.
P.O. Box 2050
Liberty, TX 77575
Mr. Brett S. Thomas
Roebuck & Thomas, PLCC
2470 N. 11th Street
Beaumont, TX 77703

RE: Case Number: 05-0030
 Court of Appeals Number: 09-04-00070-CV
 Trial Court Number: 60, 123

Style: TXI OPERATIONS, L.P.
 v.
 DAVID PERRY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne |
| |Flores |
| |Ms. Melody Gilmore|